■ In the Matter of THADDEUS HORTON, Respondent, v R. M. KRAMMERER, as Commissioner of the Department of Public Works, et al., Appellants. — Order of the Supreme Court, Suffolk County (Seidell, J.), dated September 17, 1982, affirmed, without costs or disbursements (see *Matter of Tanner v County of Nassau,* 88 AD2d 661; *Matter of McLaughlin v North Bellmore Union Free School Dist.,* 86 AD2d 870). Lazer, J. P., Mangano, Gulotta and Niehoff, JJ., concur.